IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RHONDA REID, | * |
| Petitioner, | * |
| vs. | *    CASE NO. 3:21-CV-99-CDL-CHW |
| Commissioner MICHAEL W. NAIL, | * |
| Respondent. | * |

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 17, 2022 is hereby approved, adopted, and made the Order of the Court. The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

The Court also denies Petitioner's motion for a certificate of appealability, finding that Petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED, this 3rd day of May, 2022.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA