IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **RHONDA REID,** : | |
| : | |
| Petitioner, : | |
| VS. : | NO. 3:21-CV-00099-CDL-CHW |
| : | |
| **MICHAEL NAIL,** : | |
| : | |
| Respondent. : | |
| _____ : | |

## ORDER

Presently pending before the Court is a motion filed by *pro se* Petitioner Rhonda Reid seeking leave to proceed *in forma pauperis* on appeal (ECF No. 17). It appears Petitioner may have intended for this motion to be filed in another one of her pending cases, however, and an identical copy of this motion was also filed in that case. Pet. 1, ECF No. 1; *see also* ECF No. 25 in *Reid v. Evans*, 3:22-cv-00046-LAG (M.D. Ga. Jan. 25, 2023). But to the extent Petitioner does seek to appeal *in forma pauperis* in this action, the Court has already found that Petitioner failed to make a substantial showing of the denial of a constitutional right and thus denied a certificate of appealability ("COA"). Order 1, May 3, 2022, ECF No. 15. Because this Court has determined that Petitioner is not entitled to a COA, her motion to proceed *in forma pauperis* on appeal in this action is **DENIED as moot.**

**SO ORDERED**, this **1st** day of **February, 2023**.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA